# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

RAYMOND WARD,
        Plaintiff,

Case Number 3:12-cv-00012-TMB

v.

UNITED STATES TRANSPORTATION
SECURITY ADMINISTRATION, and
JOHN PISTOLE
        Defendants.

**JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.** This action came before the court and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this case is DISMISSED.

APPROVED:


s/TIMOTHY M. BURGESS
United States District Judge


Date: July 5, 2013

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

          MARVEL HANSBRAUGH
          Marvel Hansbraugh,
          Clerk of Court

[]{JMT2.WPT*Rev.3/03}